**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose Manuel Gonzalez CAAL, also
known as Jose Manuel Gonzalez,
Defendant–Appellant.**

No. 14–20581
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee,

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Evan Gray Howze, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Jose Manuel Gonzalez Caal, Houston, TX, pro se.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Manuel Gonzalez Caal raises an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 n. 28 (5th Cir.2013) (en banc), in which this court concluded that the generic, contemporary definition of "sexual abuse of a

minor" does not mandate that the age of consent be below 17 years old and does not include the asserted age-differential requirement. The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.